No. 1074. MOORE, DOING BUSINESS AS MOORE MOTOR FREIGHT LINES, v. UNITED STATES ET AL. Appeal from the District Court of the United States for the District of Minnesota. April 13, 1942. *Per Curiam:* The mo-

tion to affirm is granted and the judgment is affirmed. *United States* v. *Maher,* 307 U. S. 148, 153–154; *United States* v. *Rosenblum Truck Lines,* 315 U. S. 50; *Lubetich* v. *United States,* 315 U. S. 57. *Messrs. Ernest A. Michel* and *Thomas Walsh* for appellant. *Solicitor General Fahy* and *Mr. Daniel W. Knowlton* for respondents.